No. 765.   WILSON & CO., INC., ET AL. *v.* UNITED STATES ET AL.   C. A. 7th Cir.   Certiorari denied.   *Charles A. Bane, Sharon L. King* and *James E. Knox, Jr.,* for petitioners.   *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Henry Geller* and *Daniel R. Ohlbaum* for the United States et al., and *John H. Waters, Herbert G. Telsey* and *William A. McSwain* for Western Union Telegraph Co., respondents.

No. 851.   PIPER *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Harold A. Chamberlain* for petitioner.   *Solicitor General Cox* for the United States.

No. 852.   PAN AMERICAN WORLD AIRWAYS, INC., ET AL. *v.* O'KEEFFE, DEPUTY COMMISSIONER, DEPARTMENT OF LABOR.   C. A. 5th Cir.   Certiorari denied.   *Charles Cook Howell* and *Luke G. Galant* for petitioners.   *Solicitor General Cox* for respondent.

No. 853.   STERGER ET AL. *v.* WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.   *Dominic Frinzi* for petitioners.   *Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz* and *Harold H. Persons,* Assistant Attorneys General, for respondent.

No. 854.   SWAIN, EXECUTRIX, ET AL. *v.* BOEING AIRPLANE CO.   C. A. 2d Cir.   Certiorari denied.   *Stuart M. Speiser* for petitioners.   *Wilbur H. Hecht* for respondent.

No. 874.   BENSON *v.* CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.